UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Arturo Rodriguez<br>    Melania Rodriguez<br>             Debtor(s) | Case No. 10 B 40923 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/13/2010.

2) The plan was confirmed on 02/24/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/08/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/13/2011.

5) The case was Completed on 12/14/2015.

6) Number of months from filing to last payment: 63.

7) Number of months case was pending: 67.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $97,353.64.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $31,399.41 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $31,399.41

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,732.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,312.17 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,044.17

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Account Recovery Service | Unsecured | 272.82 | NA | NA | 0.00 | 0.00 |
| AMCA | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 2,317.00 | 3,052.99 | 3,052.99 | 1,498.24 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 96.50 | 96.99 | 96.99 | 47.60 | 0.00 |
| American InfoSource LP as agent for | Unsecured | NA | 176.08 | 176.08 | 86.41 | 0.00 |
| Archer Bank | Unsecured | 114.80 | NA | NA | 0.00 | 0.00 |
| Austin Anesthesia | Unsecured | 86.40 | NA | NA | 0.00 | 0.00 |
| Bank Of America | Unsecured | 2,823.00 | NA | NA | 0.00 | 0.00 |
| Becket & Lee | Unsecured | 2,254.00 | 2,575.45 | 2,575.45 | 1,263.89 | 0.00 |
| Berkeley Fir Department | Unsecured | 232.00 | NA | NA | 0.00 | 0.00 |
| Carey Bortnick MD | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| CBE Group | Unsecured | 174.00 | NA | NA | 0.00 | 0.00 |
| Certified Services Inc | Unsecured | 144.00 | NA | NA | 0.00 | 0.00 |
| Certified Services Inc | Unsecured | 253.00 | NA | NA | 0.00 | 0.00 |
| Chase Bank USA NA | Unsecured | 458.00 | 563.26 | 563.26 | 276.42 | 0.00 |
| Citi Auto | Unsecured | 1,826.00 | NA | NA | 0.00 | 0.00 |
| CitiFinancial | Unsecured | 11,301.00 | NA | NA | 0.00 | 0.00 |
| CMP Medical Service | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| ECast Settlement Corp | Unsecured | 1,416.00 | 1,732.60 | 1,732.60 | 850.26 | 0.00 |
| Elmhurst Memorial Hospital | Unsecured | 2,139.13 | NA | NA | 0.00 | 0.00 |
| EOSCCA | Unsecured | 423.00 | NA | NA | 0.00 | 0.00 |
| Ffcc Columbus Inc | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Fullerton Kimball | Unsecured | 169.60 | NA | NA | 0.00 | 0.00 |
| GE Money Bank | Unsecured | 771.00 | 892.63 | 892.63 | 438.06 | 0.00 |
| Gottlieb Memorial Hospital | Unsecured | 606.10 | NA | NA | 0.00 | 0.00 |
| IC Systems Inc | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| JP Morgan Chase Bank NA | Unsecured | 37,033.00 | 35,268.30 | 35,268.30 | 0.00 | 0.00 |
| JP Morgan Chase Bank NA | Secured | 136,434.64 | 130,340.58 | 130,340.58 | 0.00 | 0.00 |
| JP Morgan Chase Bank NA | Secured | 136,434.64 | ( 576.36) | 921.14 | 921.14 | 0.00 |
| Lincoln Tech | Unsecured | 6,126.00 | 5,634.88 | 5,634.88 | 766.82 | 0.00 |
| Manuel Lglesias MD | Unsecured | 1,445.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Manuel Lglesias MD | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| MCS | Unsecured | 297.22 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau Inc | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| Metropolitan Bank | Unsecured | 24,793.00 | 23,773.51 | 23,773.51 | 11,666.76 | 0.00 |
| Metropolitan Bank | Secured | 144,895.00 | 1,227.00 | 1,227.00 | 1,227.00 | 0.00 |
| Metropolitan Bank | Secured | 144,895.00 | 140,593.88 | 140,593.88 | 0.00 | 0.00 |
| Mira Med Rev | Unsecured | 834.42 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 179.24 | NA | NA | 0.00 | 0.00 |
| North Shore Pathology Consultant | Unsecured | 11.10 | NA | NA | 0.00 | 0.00 |
| Orthopedic Surgery | Unsecured | 2,672.80 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 571.00 | 383.63 | 383.63 | 188.27 | 0.00 |
| Peoples Energy Corp | Unsecured | 374.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 470.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,878.00 | 1,993.42 | 1,993.42 | 978.26 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 3,934.00 | 4,229.75 | 4,229.75 | 2,075.73 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 3,797.00 | 4,030.70 | 4,030.70 | 1,978.05 | 0.00 |
| Quest Diagnostics Inc | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 1,710.00 | 2,012.00 | 2,012.00 | 987.38 | 0.00 |
| Resurgent Capital Services | Unsecured | 2,097.00 | 2,251.57 | 2,251.57 | 1,104.95 | 0.00 |
| Resurrection Health Care | Unsecured | 51.74 | NA | NA | 0.00 | 0.00 |
| RJM Pathology Consultants, LTD | Unsecured | 11.10 | NA | NA | 0.00 | 0.00 |
| Springleaf Financial Services | Unsecured | 1,710.00 | NA | NA | 0.00 | 0.00 |
| Springleaf Financial Services | Unsecured | 885.00 | NA | NA | 0.00 | 0.00 |
| Springleaf Financial Services | Unsecured | 885.00 | NA | NA | 0.00 | 0.00 |
| St Anthony Hospital | Unsecured | 499.00 | NA | NA | 0.00 | 0.00 |
| St Francis Hospital | Unsecured | 777.51 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $270,934.46 | $0.00 | $0.00 |
| Mortgage Arrearage | $2,148.14 | $2,148.14 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$273,082.60** | **$2,148.14** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$88,667.76** | **$24,207.10** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $5,044.17 |
| Disbursements to Creditors | $26,355.24 |
| **TOTAL DISBURSEMENTS** : | **$31,399.41** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/11/2016                            By: /s/ Marilyn O. Marshall
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.